IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JAMAL TATUM,<br><br>                Defendant. | **8:24CR198**<br><br>**ORDER** |

On September 9, 2025 the court held a hearing on the motion of Michael J. Hansen to withdraw as counsel for the defendant, Jamal Tatum (Filing No. 35). Michael J. Hansen represented that the Defendant had directed him to file a motion to withdraw. After inquiry of the Defendant and his counsel, the court granted Michael J. Hansen's motion to withdraw (Filing No. 35).

Justin A. Quinn, 209 South 19th Street, Suite 540, Douglas Building, Omaha, NE 68102, (402) 346-2500, is appointed to represent Jamal Tatum for the balance of these proceedings pursuant to the Criminal Justice Act. Michael J. Hansen shall forthwith provide Justin A. Quinn any discovery materials provided to the defendant by the government and any such other materials obtained by Michael J. Hansen which are material to Jamal Tatum's defense.

The clerk shall provide a copy of this order to Justin A. Quinn and the defendant.

**IT IS SO ORDERED.**

Dated this 9th day of September, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge